Cynthia Dale Peel
_____
Full name(s)

5720 Drunkard's Pike
_____
Street address or postal box number

Gosport, IN 47433
_____
City, State and zip code

*Please see attached information. (cdp)*

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION
'05 JUN -9 PM 10: 21
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. 2:05-CV-0140-LJM-WTL
(To be supplied by the Court)

Cynthia Dale Peel
_____
_____  Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

William Bulls
Ron Gotti
Josh Foster
_____  Defendant(s).
Full name(s) (Do not use *et al.*)

(was sent to me as the court was moved to federal - This is for Amendment various Cynthia Peel)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Cynthia Dale Peel, am a citizen of IN
   (Plaintiff name(s))                    (State)

   and presently reside at 5720 Drunkards Pike Gosport, IN 47433
                           (mailing address)

2. Defendant William Bulls is a citizen of TN
   (name of first defendant)              (State)

whose address is ___9211 Royal Mtn. Dr._____

3. Defendant ___Ron Gotti___ is a citizen of ___TN___
   (name of second defendant)                    (State)

whose address is ___100 Cherokee Blvd Suite 204_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

**B. JURISDICTION**

1. This cause of action is brought pursuant to _____

_____

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

fed rule - civil Procedure 15(a)
The case involves a "Federal Question" it arises under Federal Law
I Previously filed the case in small claims - Owen County + defendants showed cause to remove to Federal jurisdiction.
(cap) Mr. Bulls is accountable for all

**C. NATURE OF THE CASE**

FDCPA - Section 809(b)    motion 7.1 Federal Jurisdiction + discovery - ask to amend.

**BRIEFLY** state the background of your case.

Mr. Ron Gotti - credit manager of Premier Financial + Credit Services + Mr. William Bulls the principal/owner have committed many violations in the Fair Debt Collection Practices Act - Josh Foster is also included - there were two accounts that were never mine + Premier - Ron Gotti + Josh Foster were aware they were not but Continued to (cap) initiate collection + report to the credit bureaus - after knowing not to do this - as it was not my account → Next page

I am requesting the amendment to my claim + discovery of items.
I - originally filed in the Owen County Courthouse - Spencer, IN for small claims Court.
The maximum amount is $3,000. There are many violations and no longer do the small claims rules apply with the maximum of $3,000. So I will start 2 + abide by the Federal Court rules - + see it is $1000 per violation of the Fair Credit + Debit Act + damages for stress, defamation, financial + harassment. Fair Credit violations

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** FDCPA - violated harassment, reporting to the credit bureaus false information after knowing it was not my 2 accounts - calling for payment. attacking my character. 802, 807, 809 -

**Supporting Facts**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Ron Gotti - Premier Financial Credit Services - Credit manager harassment, reporting two derogatory accounts - (not mine) he knew this to 4 bureaus. Equifax, CSC, Experian, Transunion Josh Foster - calling for payment - after knowing these are not my accounts - harassing me - telling me I refuse to pay the bill + I said - no just look at it - it's not mine. So you refuse to pay the bill - Not listening - misled me about his name. Rude - Ron Gotti - Rude - attacked my character - + hung up on me. The accounts were put on my reports + taken off Back + forth. Mr. Bulls - owner / should know of his employees actions + is responsible.

**Claim II:** I sought the assistance of the Attorney General - Mr. Ron Gotti lies + states I should pay my bills - again harassment, lies, + defacing my character FDCPA violated

3

**Supporting Facts**:

The facts are the papers with written proof of telling an untruth to the Attorney General - Mr. Ron Gotti & his signature. Mr. Gotti knows the accounts are not mine & he has proceeded to harass, report them, try to collect & even said I'd be sued by an attorney. Premier Financial Credit & Services is beyond harassment - they have me constantly wondering when they will hurt me next. Cost me loans, Cost me purchases & hurt me + embarassed me & high interest rates

**Claim III**: FDCPA - / FCredit (fair)
Premier - Reaging accounts -
reporting the same one twice
☆ Asking to Amend my original claim since it is now Federal for discovery - & for damages & compensation

**Supporting Facts**:

Two accounts showing up that were once listed under another company name as date of delinquency from them was June 98
Premier - Ron Gotti, William Bulls, Josh Foster - has the date as 12/2004 - Therefore 2 new derogatories crush me. Also they included it twice different account #'s. & they Reaged an account from 6/98 to 12/2004 - showing I now have stopped paying bills - with a new derogatory - not one but two

4

_It is not fair that I will pay for their harassment & lies & this was just wrong - intentional, willfull non-compliance. They did not think the Federal Law about Fair Debt + Collection Practices Applied to them. So they hurt me over + over + again. No more._

### E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? ____Yes ____No. ?

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit: ?

Plaintiff(s): _The Suit was filed by me originally in Small Claims in Owen County - Spencer, IN._

Defendant(s): _The defendants moved it to the "Federal Jurisdiction"_

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _Removed to Federal Court. by defendant not me - the plaintiff_

d. Issues raised: _____

e. Approximate date of filing lawsuit: _4/28/05_

f. Approximate date of disposition: _____

### F. REQUEST FOR RELIEF

_Federal Rule of Civil Procedure 15(a)_

I request the following relief:

_Due to the defendants moving the small claims court to federal I ask for the motion to amend my original small claims damages as their was a limit of $3,000 + I have suffered much from the defendants willful behavior + I want to ask for the right to $1,000 per each violation_ 5

Violations — 8 @ $1,000
Stress/harassment $15,000
Financial $7,000
Continue to call + $2,000
attack character $3,000
Depression, the toll on my Auto-immune illness

Reage Compensation for stress, financial, harassment + any other damages the Court may see approval and all attorneys fees + expenses + costs if represented by the attorney. 813 Civil — liability may be applicable

my damages are $52,500 + anything else the court sees on violations only

_____      Cynthia D. Pul
Original signature of attorney (if any)      **Plaintiff's Original Signature**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

☆ Executed at ___Gosport___ on ___6/3/05___.
    (location)                (date)

Just a note — this is from the computer on attached sheet — it is the same but readable.
Cynthia D. Pul

                        Cynthia P. Pul
                        **Plaintiff's Original Signature**

I certify that I Cynthia D Pul am sending copies to Kightlinger + Gray Peter A. Velde + Jennifer M. Herrmann by the US mail — 2day with certification.
✓ please  I request the Court's assistance in serving process on the defendant(s). Kightlinger + Gray 151 N. Delaware St. Suite 600 Indianapolis, IN 46204

I am requesting this amendment. Minimum to Amend my claim — Now that Federal Rules Apply
$ ~~50,500~~ (cap) $ 52,500 as as the court sees fit for attorney expenses + other appropriate compensation.

Violations — Reporting to the bureaus 4 of them 2 derogatory items
$1000 per violation.
Reaging Accts — 5 @ 2500
I Reported twice 1 @ 1,000
Stress, harassment Lying to Attorney General 15,000
physical toll, mental $7,000
Financial — cost high rates — Continuous harassing

Continue to call to collect knowing not mine —
put on the bureaus + off Back + forth. $7,000
minimum
Attack + verbal abuse $3,000
character

6

# YAHOO! Mail

Print - Close Window

**Date:** Thu, 28 Apr 2005 08:54:59 -0700 (PDT)
**From:** "sunny" <sunnyfriend14@yahoo.com>
**Subject:** collection agencies
**To:** southernsunnyfriend@yahoo.com

Cynthia Peel
5720 Drunkards Pike
Gosport, IN 47433

Premier Financial & Credit Services
100 Cherokee Blvd
Suite 204
Chattanooga, TN 37405
423-752-3140

*Serve* Mr. William Bulls
Mr. Ron Gotti

Serve
Attn: Mr. William Bulls
      Ron Gotti

8806 Havendale Ln
Chattanooga, TN 37421

Violation of the following acts:

| Collection agencies if they do not validate your debt yet continue to pursue collection activity (file for judgments, call or write you) | Consumer protection afforded by the FDCPA | FDCPA Section 809 (b), FTC opinion letter Cass from LeFevre | $1,000 |
|---|---|---|---|
| Collection agencies if they have not validated your debt and they still continue to report to the credit bureaus | Consumer protection afforded by the FDCPA | FDCPA Section 809 (b), FTC opinion letter Cass from LeFevre | $1,000 |

Case 2:05-cv-00140-LJM-WTL Document 10 Filed 06/09/05 Page 8 of 13 PageID #: 31

Yahoo! Mail - southernsunnyfriend@yahoo.com                                           Page 1 of 2



| | |
|---|---|
| Date: | Tue, 7 Jun 2005 17:30:45 -0400 (EDT) |
| From: | "sunnydaye" <southernsunnyfriend@yahoo.com> |
| Subject: | response |
| To: | "sunnydaye" <southernsunnyfriend@yahoo.com> |

Print - Close Window

Respectfully submitted to:

United States District Court
Southern District OF Indiana
Terre Haute Divison

Cynthia D. Peel
 Plaintiff

William Bulls
Ron Gatti/ Ron Gotti- two spellings
Josh Foster
Defendants

Cause/Case # 2: 05-CV--0140 LJM WTL
I've seen cause and case..

Response Violations

Plaintiff__Cynthia D. Peel _Cynthia D. Peel_ has the evidence necessary to proceed with the suit and the allegations are true and correct.
Wherefore, Plaintiff pray that the amendment will show the justification and the applicable and appropriate damages as allowed in Federal Court for violations regarding the FDCPA and ~~FCPA~~.  FCRA (cap)
There were clear and willful and consitent violations by the defendants.
There was no sincere error.. this was abuse and consistent and the plaintiff has the right to sue under the Fair Debt and Collection Practices act for many violations occurred and were not an error or a one time situation.. but ongoing and harassment. The ~~FCPA~~ was also violated by the defendants too.                    FCRA (cap)

Wherefore the plaintiff seeks full award of damages in the amended and claim and as the court sees fit in respect to the ongoing persistence of the defendants...to violate the Federal acts.
Plaintiff ask for any all attorney fees be paid by defendants if this is the case and expenses occurred.

CERTIFICATE OF SERVICE
I hereby certify that I have forwarded a copy of the foregoing by first class US Mail, this ~~7th~~ day of June, 2005 to
           8th    (cap.)
Kightlinger and Gray
151 N. Delaware Street
Suite 600
Indianapolis, IN 46204

Cynthia D. Peel
5720 Drunkards PIke
Gosport, IN 47433

The defendants have shown continuous
willful harassment and consistent violations of the
Fair Debt and Credit Reporting Act and Fair Credit Reporting act
Constant monitoring to see when the agency - the defendants would strike
again and hurt me in so many ways.

CERTIFICATE OF SERVICE
_____
I hereby certify that I, Cynthia D. Peel have forwarded a copy of the above
and enclosures of civil rights complaint by ~~certified~~ first class United States       Next day
Mail, certified on this day June 7, 2005.                                                  mail
_____Cynthia P. Peel_____ 8 m_____ (signature)                                   (cdp)

Kightlinger and Gray, LLP
Attorneys at Law
Market Square Center
Suite 600
151 North Delaware Street
Indianapolis, IN 46204

Attn: Peter A. Velde #949-49
Jennifer M. Herrmann #24226-53

for the
United States District Court
Southern District of Indiana
Terre Haute Division.

_____
Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Cause # 2:05-cv-0140
LJM-WTL

Declaration under Penalty of Perjury

The undersigned declares under penalty of perjury that she is the plaintiff in the above action that she has read the above complaint and amendment discovery and that the information contained is true and correct.

Cynthia D. Peel
6/7/05
Plaintiff

United States District Court
Southern District of India
307 Federal Building
Terre Haute, IN 47808

Case 2:05-cv-00140-LJM-WTL   Document 10   Filed 06/09/05   Page 11 of 13 PageID #: 34

Yahoo! Mail - southernsunnyfriend@yahoo.com                                           Page 1 of 2

# YAHOO! MAIL CANADA

Print - Close Window

**Date:** Tue, 7 Jun 2005 16:43:17 -0400 (EDT)
**From:** "sunnydaye" <southernsunnyfriend@yahoo.com>
**Subject:** Re: motion to amend
**To:** "sunnydaye" <southernsunnyfriend@yahoo.com>

United States District Court
Southern District of Indiana
Terre Haute Division

Cynthia D. Peel,

    Plaintiff,

v.                                                            Motion for leave to amend complaint

William Bulls and Ron Gotti- spelling Gatti too
Josh Foster- per amendment
    Defendants,

Case 2: 05-CV- 0140 LJM WTL

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff, Cynthia D. Peel, respectfully asks the Honorable Court for leave to amend my complaint, as attached. This case was transferred from Owen County, Indiana small claims court to federal court and this is justification to amend my complaint. Justice requires that I am permitted to amend my complaint. *(See attached)*

Respectfully submitted,

_Cynthia D. Peel_ (signature)
Cynthia D. Peel
5720 Drunkards Pike
Gosport, IN 47433
812-879-4322

CERTIFICATE OF SERVICE
I hereby certify that I, Cynthia D. Peel, have forwarded a copy of the above and enclosures of civil rights complaint by first class United States Mail, certified on this day June 7, 2005 to::

8. (cdp)

Kightlinger and Gray, LLP
Attorneys for Defendants
Market Square Center
Suite 600
151 North Delaware Street
Indianapolis, IN 46204

Attn: Peter A. Velde #949-49
Jennifer M. Herrmann #24226-53

Asking for a (cdp)
Amendment as
CourtChanged
from Small Claims
to federal per defendant



Print - Close Window

| | |
|---|---|
| Date: | Tue, 7 Jun 2005 17:03:02 -0400 (EDT) |
| From: | "sunnydaye" <southernsunnyfriend@yahoo.com> |
| Subject: | Re: Violations amendment discovery |
| To: | "sunnydaye" <southernsunnyfriend@yahoo.com> |

Respectfully submitted to:

United States District Court
Southern District OF Indiana
Terre Haute Divison

Amendments:
Discovery


Cynthia D. Peel
 Plaintiff

William Bulls
Ron Gatti/ Ron Gotti- two spellings
Josh Foster
Defendants

Cause # 2: 05-CV--0140 LJM WTL
I've seen cause and case..


Violations, Discovery - amendment

Mr. William Bulls- owner/principal-on all accounts
Mr. Ron Gotti and /sometimes showing Gatti all accounts
Josh Foster- Harassment, calling for payment, attacking character
Two accounts reported- not mine- and validated as such..
all 4 credit bureaus..
8 @ 1000 per violation                                    $8,000
Reaging 5 @ 2500 per violation                            $12,500
Harassing, calling for bill validated not mine
off and on.the credit bureaus I never knew when it would happen.. $7,000
Attack my character-rude abusive.
-MR. Gatti/Gotti specifically Lying to attorney
general                                                   $3,000
Financial- because of lowering my score                   $7,000
Stress, embarassment, paranoid, duress, emotional
physical anxiety                                          $15,000
no proper action on reporting to bureau 5 times           $5,000
Attorney's fees, expenses and other incurred expenses..............as determined by the
court
any other damages seem fit by the court for the continuous
willful harassment and consistent violations of the
Fair Debt and Credit Reporting Act and Fair Credit Reporting act
Constant monitoring to see when the agency - the defendants would strike again and
hurt me in so many ways.
Josh Foster is a party to the defendant and was not cited earlier and also Mr. Gotti is
the name I have and you show Mr. Gatti..just for verification and amendment.
This is a minimum of $57,500 and with any other damages or compensation the

courts sees fit to award and attorney fees, expenses and other occurrences that are appropriate in this matter.

Respectfully submitted,

Cynthia D. Peel- Plaintiff
*Cynthia D. Peel*

Thank you.

This is written on the civil rights amendment complaint but it is on this sheet for verification of the law and amounts and amended damages and discovery.and defendants names.

CERTIFICATE OF SERVICE
I hereby certify that I, Cynthia D. Peel have forwarded a copy of the above and enclosures of civil rights complaint by first class United States Mail, certified on this day ~~June 7,~~ 2005..
*Cynthia D. Peel* _____(signature)

June 8th
(cdp)

Kightlinger and Gray, LLP
Attorneys at Law
Market Square Center
Suite 600
151 North Delaware Street
Indianapolis, IN 46204

Attn: Peter A. Velde #949-49
Jennifer M. Herrmann #24226-53

Enclosures
for both attorneys
and for the
United States District Court
Southern District of Indiana
Terre Haute Division.

pg 2 of motion for leave to amend complaint
3

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

http://ca.f406.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=1990_5793554_153068...	6/7/2005